UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MARC JENKINS,

                Plaintiff,

                -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

24-CV-8071 (LAK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 12.

This case is **STAYED** until **Friday, August 1, 2025**, without prejudice to extension pending mediation.

The parties are directed to file a letter by **Friday, August 1, 2025**, updating the Court regarding the status of mediation. The parties' letter should not include any confidential settlement information, but should (1) note whether the parties need more time to mediate the case and/or (2) propose three dates in August for an Initial Case Management Conference.

The Clerk of Court is respectfully directed to close ECF 12.

**SO ORDERED.**

Dated: February 21, 2025
New York, New York

                                                  /s/ Ona T. Wang
                                                    **Ona T. Wang**
                                                 United States Magistrate Judge