UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
MARC JENKINS,

              Plaintiff,

              -against-

CITY OF NEW YORK, et al.,

              Defendants.

-------------------------------------------------------------x

24-CV-8071 (LAK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on September 30, 2025. As discussed at the conference, the parties shall submit a joint letter on the docket by **October 31, 2025**, and on the last business Friday of each month thereafter, informing the Court about the status of discovery to include:

- what discovery has been done in the past month;
- what discovery remains outstanding;
- how the parties plan to complete that discovery in a timely manner; and
- any anticipated discovery disputes as well as what efforts the parties' made to meet and confer to resolve them.

the fact discovery deadline will be **March 30, 2026.**

       **SO ORDERED.**

Dated: October 7, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge